IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY NASH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) Civil Action No. 3:17-CV-562-C-BH |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered her Findings, Conclusions, and Recommendation on April 3, 2018. Neither party has filed written objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is, therefore, **ORDERED** that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, that the decision of the Acting Commissioner is **REVERSED**, and that the above-styled and -numbered cause is **REMANDED** for further administrative proceedings consistent with the Findings, Conclusions, and Recommendation.

SO ORDERED this 24th day of April, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE